UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER CHAMPAGNE, | : |
|     Plaintiff | :   Case No. 3:18-cv-01390 (VLB) |
| | : |
| v. | : |
| | : |
| COLUMBIA DENTAL, P.C., | : |
|     Defendant | :   March 3, 2021 |

**REPORT**

    The defendant in the above-entitled action reports that the parties conferred on February 12, 2021, and there is no agreement for referral of this action to mediation.

**Defendant**

        By   /s/ Thomas A. Amato
           Thomas A. Amato
           357 East Center Street
           Manchester, CT 06040
           Telephone: 860-643-0318
           Facsimile: 860-643-2725
           Email: AmatoLaw@att.net
           Federal bar number ct14221
           Its Attorney