HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer
RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: 2 hours 29 minutes
DATE: 11-30-2021   START TIME: 9:39 am   END TIME: 4:53 pm
LUNCH RECESS   FROM: 11:37 am   TO: 2:43 pm
RECESS (if more than ½ hr)   FROM: 3:08   TO: 4:47 pm

CIVIL NO. 3:18-cv-1390-VLB

Jennifer Champagne
vs
Columbia Dental PC

James V. Sabatini
Plaintiff's Counsel

Thomas A. Amato
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of **7** reported. [✓] Jury sworn
- [✓] Juror # **7** excused.
- [✓] Jury Trial held  [✓] Jury Trial continued until **12-2-2021** at **9:30 am**
- [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until ____
- [ ] Court Trial concluded  [ ] DECISION RESERVED
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [✓] Deft  Oral Motion **for Directed Verdict**  [ ] granted [✓] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] Briefs(s) due  [ ] Pltf _____  [ ] Deft _____  [ ] Reply _____
- [✓] [ ] Summations held  [✓] Court's Charge to the Jury
- [✓] All full exhibits, [✓] Verdict form, [ ] Interrogatories to the jury handed to jury
- [✓] Jury commences deliberations at **11:45 am**
- [✓] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____