### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JENNIFER CHAMPAGNE,** | : |
| **Plaintiff,** | : |
| | : **No. 3:18-cv-01390 (VLB)** |
| | : |
| **v.** | : |
| | : |
| **COLUMBIA DENTAL, P.C.,** | : |
| **Defendant.** | : |

### JURY VERDICT FORM

1.     **Do you find that Jennifer Champagne has proved by a fair preponderance of the evidence that she was subjected to a hostile work environment?**

\_\_\_X\_\_ YES \_\_\_\_\_ NO

If your answer to Question 1 is "yes," then proceed to Question 2.  If your answer to Question 1 is "no," proceed to Defendant's Verdict Form.

2.     **Do you find that Jennifer Champagne has proved by a fair preponderance of the evidence that Columbia Dental knew or reasonably should have known about the hostile work environment but failed to take appropriate remedial action?**

\_\_\_X\_\_ YES \_\_\_\_\_ NO

If your answer to Question 2 is "yes," then proceed to Question 3.  If your answer to Question 2 is "no," proceed to Defendant's Verdict Form.

3.     **Do you find that Jennifer Champagne has proved by a fair preponderance of the evidence that Columbia Dental constructively discharged her?**

\_\_\_X\_\_ YES \_\_\_\_\_ NO

Proceed to Question 4.

4.     Do you find Jennifer Champagne has proved by a fair preponderance of the evidence that she suffered non-economic damages from emotional pain and suffering as a consequence of either: a) being subjected to a hostile work environment, or b) being subjected to a hostile work environment and being constructively discharged by Columbia Dental?

          X     YES _____ NO

If you answered "yes" to Question 4, answer Question 5.  If you answered "no" to Question 4, proceed to Question 6.

5.     How much damages do you find Jennifer Champagne proved by a fair preponderance of the evidence would fairly compensate her for her non-economic damages for pain and suffering?

          Non-economic Damages          $  10,000

6.     If you answered "no" to Question 4, do you find that Plaintiff Jennifer Champagne is entitled to an award of nominal damages?  If so, in what amount?

          Nominal Damages                  $_____

7.     Do you find that Plaintiff Jennifer Champagne has proved by a fair preponderance of the evidence that Defendant Columbia Dental acted with malice or reckless indifference to the plaintiff's right not to be discriminated against?

          X     YES _____ NO

If you answered "yes" to Question 7, answer Question 8.

8.     What amount of punitive damages, if any, should be assessed against the Defendant Columbia Dental?

          Punitive Damages                 $  100,000

Continue to the last page of the verdict form.

**END OF VERDICT FORM**

**YOU HAVE COMPLETED THE *CHAMPAGNE V. COLUMBIA DENTAL* VERDICT FORM. THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM AND REPORT THAT YOU HAVE A VERDICT.**

_____/S/_____**SIGNATURE OF FOREPERSON**

_____redacted_____**NAME OF FOREPERSON**

___12/2/2021_____**DATE**