UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER CHAMPAGNE : | |
| : | |
| v. : | NO. 3:18-cv-1390-VLB |
| : | |
| COLUMBIA DENTAL, P.C. : | |

## JUDGMENT

This action having come before the Court by jury trial before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The issues having been tried to a jury and the jury having returned a unanimous verdict in favor of the plaintiff, awarding plaintiff $10,000.00 for non-economic damages and $100,000.00 in punitive damages, and the Court issuing a Memorandum of Decision granting plaintiff's motion for attorneys' fees in the amount of $50,850.00; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff and this case is closed.

Dated at Hartford, Connecticut, this 30th day of March, 2022.

DINAH MILTON KINNEY, Clerk

By  /s/ Jeremy Shafer
    Jeremy J. Shafer
    Deputy Clerk

EOD: 3-30-2022